UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:17-CV-20226-WILLIAMS

ANA VASQUEZ PIMENTEL,

    **Plaintiff,**

vs.

NATIONWIDE CREDIT, INC.,

    **Defendant.**

_____/

**NOTICE OF SELECTION OF MEDIATOR**

Defendant, NATIONWIDE CREDIT, INC. (hereinafter, "NCI"), by and through its undersigned counsel, hereby gives notice that the Parties have selected mediator Barbara Locke, Esq. to serve as the mediator for this case. The parties have agreed to mediate this matter on December 11, 2017, as detailed on the Proposed Order, attached hereto as Exhibit A.

s/ *Andrew J. J. Collinson*
Ruel W. Smith
Florida Bar No. 36548
rsmith@hinshawlaw.com
Andrew J. J. Collinson
Florida Bar No. 0055552
acollinson@hinshawlaw.com
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
Attorney for Defendant NATIONWIDE CREDIT, INC.

300718498v1 0995819

Case No.: **1:17-CV-20226-KMW**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jibrael S. Hindi, Esquire | Thomas J. Patti, Esquire |
| Florida Bar No. 118259 | Florida Bar No. 118377 |
| Email: jibrael@jibraellaw.com | Email: tpatti@thomasjohnlaw.com |
| The Law Offices of Jibrael S. Hindi | Thomas-John Law, P.A. |
| 110 SE 6th Street, Suite 1744 | 110 SE 6th Street, Suite 1700 |
| Fort Lauderdale, Florida 33301 | Fort Lauderdale, Florida 33301 |
| Phone: 954-907-1136 | Phone 954-543-1325 |
| Fax: 855-529-9540 | Fax: 954-507-9975 |
| Attorney for Plaintiff | Attorneys for Plaintiff |
| ANA VASQUEZ PIMENTEL | ANA VASQUEZ PIMENTEL |

s/ *Andrew J. J. Collinson*

300718498v1 0995819