UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17–20226-CIV–WILLIAMS

ANA VASQUEZ PIMENTEL,

Plaintiff.

vs

NATIONWIDE CREDIT, INC.,

Defendant.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Barbara Locke, Esq. on December 11, 2017, at 1:30 p.m. at the Offices of Hinshaw & Culbertson LLP, One East Broward Blvd., Suite 1010, Ft. Lauderdale, FL 33301.

ENTERED this ___ day of _____, 20 ___.

_____
U.S. District Judge

Copies furnished:
All counsel of record